## BANKRUPTCY ATTORNEY FEE CONTRACT BETWEEN CLIENT AND BARRICK, SWITZER, LONG, BALSLEY & VAN EVERA, LLP

If you receive bankruptcy services from Barrick, Switzer, Long, Balsley & Van Evera, LLP ("law firm"), federal law requires the execution of a written Contract between the law firm and you. If you wish to retain the law firm for bankruptcy services, you must execute this Contract. Our office will file a bankruptcy proceeding with all the documents and materials required to be filed therewith for the fees and charges as set forth below. An attorney from this law firm will also meet with you at the first Section 341 Meeting of Creditors. The United States Bankruptcy Court will charge a filing fee as listed below. Since bankruptcy proceedings are not identical and we are not able to tell in advance all of the services that you may need, we have listed additional possible fees below that may or may not apply to your bankruptcy proceeding. The law firm reserves the right to modify the fees listed below prior to the time you hire us. If you sign below, you are agreeing to do the following:

1. To completely and honestly fill out all the forms given to you and provide truthful information in regard to all bankruptcy forms.
2. To provide all the documentation requested.
3. To promptly respond to any inquiries made by the law firm.
4. To pay all additional fees no later than 30 days after billing.

**The required retainer fee for legal fees in this Chapter 7 bankruptcy proceeding is $2,000.00 plus $306.00 filing fee.** We accept cash, checks, or money orders. We do not accept the customer's credit cards for payment. The down payment or retainer covers the following services:

1. Preparation of petition and basic services.
2. Filing fee of $306.00 to file the petition (charged by the United States Bankruptcy Court).
3. Attend first Section 341 Meeting of Creditors.

4. Review and provide counsel with Reaffirmation Agreements and corresponding to creditors

5. Communicate and correspond with the Trustee regarding case administration.

**Possible Additional Charges:**

| | |
|---|---|
| $75.00 | Changes to Petition and Schedules after Filing |
| $50.00 | Stop Wage Garnishment |
| $150.00 | Setting aside Liens against personal property or real estate |

**Hourly Fees Requiring Additional Retainer Before Service:**

| | |
|---|---|
| $225.00 | Objection to Motion to Lift Automatic Stay |
| $225.00 | Objections to Discharge. |
| $225.00 | Dispute over exemption or Preferential Transfer. |
| $225.00 | Defense of Adversary Proceedings |
| $225.00 | Defense of Motion to Dismiss |

DATED: October 2, 2013.

PAIGE L. CHEZ,
Debtor/Assisted Person

BARRICK, SWITZER, LONG, BALSLEY & VAN EVERA, LLP

BY: _____
JASON H. ROCK
Attorney at Law